# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: Van R. Irion, BPR # 024519 ) | |
|     800 S. Gay St., Ste. 700    ) | **FILED UNDER SEAL** |
|     Knoxville, TN 37929    ) | |
| ) | Case No. 1:24-dm-7 |
| ) | |
| ) | Chief District Judge |
| ) | Travis R. McDonough |
| ) | |
| ) | Chief Magistrate Judge |
| ) | Christopher H. Steger |
| ) | |

## Declaration of Lance W. Pope

Comes now the undersigned Counsel and submits this declaration regarding the identified exhibits in the Court's Order [Doc 98].

1. My name is Lance Pope. I am over 21 years old, and I have personal knowledge of the statements in this declaration.

2. I have reviewed Exhibit 1 [Doc 98-1] through Exhibit 27 [Doc 98-27] including each email, email attachment, document, or document property identified in the Court's Order [Doc 98].

3. I have compared Exhibit 1 [Doc 98-1] through Exhibit 27 [Doc 98-27] to Respondent Irion's Supplemental Production of Documents sent to me via an emailed Dropbox link on March 27, 2025 by Respondent Irion's attorney, Russ Egli, Esq.

4. Mr. Egli served the Supplemental Production of Documents after this Court entered an Order granting my second motion to compel discovery responses from Respondent Irion. [*See* Doc 68, Doc 82 at 4.]

5. Respondent Irion's Supplemental Production of Documents included a .PST file which, when opened in Microsoft Outlook, included a folder titled "TNED witchhunt". The "TNED witchhunt" folder contained each of the emails and email attachments listed in the Court's Order and included as Exhibit 1 [Doc 98-1] through Exhibit 27 [Doc 98-27].

6. I have also reviewed the document properties referenced in the Court's Order as part of Exhibits 1, 2, 3, 4, 5, 6, 8, 9, 10, 11, 12, 13, 14, 17, 18, 20, 22, 23, 24, 26, and 27.

7. The document properties listed in Court's Order [Doc 98] for each identified email attachment accurately represent the document properties from each identified email attachment as originally produced by Respondent Irion in his Supplemental Production of Documents.

8. Respondent Irion's written discovery responses, previously filed with the Court as Doc 81-1 in this matter, are a true, accurate, and exact copy of Respondent Irion's written discovery responses originally served to me by his counsel on March 17, 2025.

**I declare under penalty of perjury that I have reviewed the statements contained herein and that the statements are true and correct to the best of my knowledge.**

Executed this 15 day of May 2025.

Respectfully submitted,

**PATRICK, BEARD, SCHULMAN & JACOWAY, P.C.**

By: /s/ *Lance W. Pope*
Lance W. Pope, BPR No. 025054
537 Market Street, Suite 300
Chattanooga, Tennessee 37402
Telephone: (423) 756-7117
Facsimile: (423) 267-5032
lpope@pbsjlaw.com

## ECF CERTIFICATE OF SERVICE

I, the undersigned counsel, certify that a true and accurate copy of the foregoing document has been sent to counsel of record in this matter through the Court's ECF system.

Patrick, Beard, Schulman & Jacoway, P.C.

By: **/s/ *Lance W. Pope*** 
 Lance W. Pope