UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | ) | |
|---|---|---|
| IN RE: Van R. Irion, BPR # 024519 | ) | **Filed Under Seal** |
| 800 S. Gay St., Ste. 700 | ) | |
| Knoxville, TN 37929 | ) | Case No. 1:24-dm-7 |
| | ) | |
| | ) | Chief District Judge |
| | ) | Travis R. McDonough |
| | ) | |
| | ) | Chief Magistrate Judge |
| | ) | Christopher H. Steger |
| | ) | |

## ORDER

Before the Court is Respondent's notice waiving his right to a hearing in this matter (Doc. 107). Given Respondent's waiver, the hearing scheduled for May 22, 2025, is hereby **CANCELLED**.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**