UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: Van R. Irion, BPR # 024519 ) <br> 800 S. Gay St., Ste. 700 ) <br> Knoxville, TN 37929 ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No. 1:24-dm-7 <br><br> Chief District Judge <br> Travis R. McDonough <br><br> Chief Magistrate Judge <br> Christopher H. Steger |

## ORDER

On August 4, 2025, the Court entered an order resolving this disciplinary matter. (*See* Doc. 114.) Therein, the Court advised that "[a]ny request to maintain any portion of the record under seal shall be filed by 12:00 PM ET on August 11, 2025." (*Id.* at 80.) No requests have been made to maintain the seal on any portion of the record. However, upon further review by the Court, some of the documents and communications produced by Respondent Van Irion and his client Glenn Whiting do not directly relate to Respondent's misrepresentations to the Court or his other unethical actions. (*See* Docs. 80, 84.) Documents 80 and 84 include flash drives containing the complete document production of Respondent and Whiting and **SHALL** remain under seal. Pertinent evidence, including portions of the materials from these flash drives, is provided for public view elsewhere in the record. Documents 112 and 113 shall also remain under seal consistent with the Court's previous order. (*See* Doc. 114, at 80.) The Clerk is **DIRECTED** to unseal all other portions of the record following the entry of this Order.

Furthermore, as contemplated in the Court's prior order (Doc. 114), the Clerk will continue to accept paper filings from Respondent in this matter. Respondent no longer has CM/ECF filing privileges in this Court.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**