## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE

|  |  |  |
|---|---|---|
| **IN RE:  Van R. Irion, BPR # 024519** | ) | |
| 800 S. Gay St., Ste. 700 | ) | Case No. 1:24-dm-7 |
| Knoxville, TN 37929 | ) | |
| | ) | Chief District Judge |
| | ) | Travis R. McDonough |
| | ) | |
| | ) | Chief Magistrate Judge |
| | ) | Christopher H. Steger |
| | ) | |
| | ) | |

---

## ORDER

---

On August 4, 2025, the Court entered an order resolving this disciplinary matter.  (*See* Doc. 114.)  Therein, the Court assessed Respondent "the costs incurred by the Court in this proceeding, including attorneys' fees paid to Patrick, Beard, Schulman, and Jacoway, PC, court-reporting costs, amounts paid to outside vendors, and any other costs borne by the Court." (*Id.* at 77–78.)  Any matters pertaining to this assessment of costs are hereby **REFERRED** to Chief Magistrate Judge Steger pursuant to 28 U.S.C. § 636(b).

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**