UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: Van R. Irion, BPR # 024519<br>800 S. Gay St., Ste. 700<br>Knoxville, TN 37929 | ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 1:24-dm-7<br><br>Chief District Judge<br>Travis R. McDonough<br><br>Chief Magistrate Judge<br>Christopher H. Steger |

## ORDER

On August 4, 2025, the Court entered an order resolving this disciplinary matter. (*See* Doc. 114.) Therein, the Court ordered Respondent to submit a letter of apology via CM/ECF directed to various attorneys and individuals affected by his misconduct. (*See id.* at 78–79.) The Court subsequently clarified that Respondent no longer has CM/ECF privileges. (*See* Doc. 116, at 2.) As a result, Respondent may submit his draft letter of apology through his attorney on CM/ECF, he may file a paper copy personally, or he may submit it via email to mcdonough_chambers@tned.uscourts.gov. Regardless of his method of submission, Respondent shall submit to the Court the draft letter of apology on or before **August 25, 2025**.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**