EASTERN DISTRICT OF TENNESSEE
OFFICE OF
CLERK, UNITED STATES DISTRICT COURT
900 GEORGIA AVENUE, ROOM 309
CHATTANOOGA, TENNESSEE 37402
_____
OFFICIAL BUSINESS




X-RAYED

Sandy Garrett, Chief Disciplinary Counsel
Board of Professional Responsibility
10 Cadillac Dr, Suite 220
Brentwood, TN 37027

RECEIVED
AUG 25 2025
Clerk, U.S. District Court
Eastern District of Tennessee
At Chattanooga

```
NIXIE        400    EE 18CU      02 08/19/25
              RETURN TO SENDER
         NOT DELIVERABLE AS ADDRESSED
               UNABLE TO FORWARD
BC: 37402225984      2047N231224-00337
```