IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

IN RE VAN IRION,

    Respondent                                Docket No: 1:24-dm-007

## NOTICE OF APPEAL

Please take NOTICE that the Respondent, Van Irion, Esq., through counsel, hereby appeals the judgment in this matter [Doc. # 121] to the United States Sixth Circuit Court of Appeals.

                                         Respectfully submitted,

                                         s/Russ Egli
                                         Russ Egli, BPR#24408
                                         The Egli Law Firm
                                         Attorney for the Plaintiff
                                         11109 Lake Ridge Drive, FL3
                                         Knoxville, TN 37934
                                         865-274-8872
                                         865-304-4125
                                         theeglilawfirm@gmail.com

                                         s/Russ Egli
                                         Russ Egli, BPR#24408
                                         The Egli Law Firm
                                         Attorney for the Plaintiff

1