IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

IN RE VAN IRION,

    Respondent                                                                   Docket No: 1:24-dm-007

## NOTICE OF APPEAL

Please take NOTICE that the Respondent, Van Irion, Esq., through counsel, hereby appeals the judgment in this matter [Doc. # 121] to the United States Sixth Circuit Court of Appeals.

                                      Respectfully submitted,

                                      s/Russ Egli
                                      Russ Egli, BPR#24408
                                      The Egli Law Firm
                                      Attorney for the Plaintiff
                                      11109 Lake Ridge Drive, FL3
                                      Knoxville, TN 37934
                                      865-274-8872
                                      865-304-4125
                                      theeglilawfirm@gmail.com

## ECF CERTIFICATE OF SERVICE

I, the under-signed counsel, certify that a true and accurate copy of the foregoing Notice of Appeal has been sent to Lance Pope, Esq. through this Court's ECF filing system.

                                      s/Russ Egli
                                      Russ Egli, BPR#24408

1