# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

IN RE VAN IRION,

    Respondent.                                     Docket No: 25-5874

## APPELLANT'S REQUEST FOR THE TRASNCRIPT OF PROCEEDINGS FOR ADDITION TO THE TRIAL COURT RECORD ON APPEAL

Appellant, Van Irion, Esq., through counsel respectfully requests the inclusion into the appellate record the transcript of the proceedings in the Eastern District Court of Tennessee heard on March 13, 2025, before Magistrate Judge Steger.

                                      Respectfully submitted,

                                      s/Russ Egli
                                      Russ Egli, BPR#24408
                                      The Egli Law Firm
                                      Attorney for the Appellant
                                      11109 Lake Ridge Drive, FL3
                                      Knoxville, TN 37934
                                      865-274-8872
                                      865-304-4125
                                      theeglilawfirm@gmail.com

                                      s/Russ Egli
                                      Russ Egli, BPR#24408

1